# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE FISCHER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PAREXEL INTERNATIONAL CORPORATION, A. DANA CALLOW, JR., PATRICK J. FORTUNE, MAYKIN HO, EDUARD E. HOLDENER, CHRISTOPHER J. LINDOP, RICHARD J. LOVE, JOSEF H. VON RICKENBACH, and ELLEN M. ZANE,<br><br>        Defendants. | Civil Action No. 17-cv-11364-DJC |

## <u>NOTICE OF FILING OF RELATED CASES</u>

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the following cases related to the above-captioned action have been filed with this Court:

*Scarantino v. Parexel International Corporation et al.*, 17-cv-11360-JGD, filed on July 24, 2017; and

*Manning v. Parexel International Corporation et al.*, 17-cv-11376-JGD, filed on July 26, 2017.

Dated: August 8, 2017

Respectfully submitted,

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan, BBO #557109
Hutchings Barsamian Mandelcorn, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781-207-1717
Facsimile: 781-431-8726
Email: thess-mahan@hutchingsbarsamian.com

**BROWER PIVEN**
  A Professional Corporation
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, New York 10016
Telephone: 212-501-9000
kuznicki@browerpiven.com

*Attorneys for Plaintiff Catherine Fischer*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2017.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan